**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION**

| | |
|---|---|
| PERCEPTIVE AUTOMATA LLC, | |
| Plaintiff, | Case No. 7:25-cv-00594-DC-DTG |
| v. | |
| TESLA, INC., | JURY TRIAL DEMANDED |
| Defendant. | |

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S
MOTION FOR LEAVE TO SUBMIT SUPPLEMENTAL AUTHORITY
IN SUPPORT OF ITS MOTION TO STAY**

The Patent Trial and Appeal Board ("PTAB") has not yet decided whether Tesla's petitions for *inter partes* review ("IPRs") should go forward. For the reasons stated in Perceptive's opposition, Tesla's Motion to Stay, and its related Motion for Leave to Submit Supplemental Authority, are premature.

To be clear, Plaintiff has no objection to Tesla notifying the Court of developments in the IPRs, including the Director's discretionary denial decisions—i.e., the "supplemental authority." But Tesla's filing goes beyond mere notice. These interim discretionary denial decisions did not decide institution. Rather, they state that the merits of the IPRs are being reviewed. *See* Dkt. 29-1, 29-2. Institution decisions in IPR2025-01573, -1574, and -1575 are expected by April 7, 2026, and institution decisions in IPR2025-01576 and -1577 by April 16, 2026.

The parties will promptly notify the Court of the PTAB's institution decisions after they issue, along with their views on the impact, if any, of these decisions on Tesla's Motion to Stay (if still pending).

1

Dated: February 20, 2026

Respectfully submitted,

*/s/ Patrick J. Conroy*
Patrick J. Conroy (lead counsel)
Texas Bar No. 24012448
Jonathan H. Rastegar
Texas Bar No. 24064043
Nelson Bumgardner Conroy PC
2727 N. Harwood St.
Suite 250
Dallas, TX 75201
Tel: (214) 446-4950
pat@nelbum.com
jon@nelbum.com

Timothy E. Grochocinski
Illinois Bar No. 6295055
Taryn Trusty
Illinois Bar No. 6344409
Nelson Bumgardner Conroy PC
745 McClintock Drive
Suite 340
Burr Ridge, IL
Tel: (708) 675-1974
tim@nelbum.com
taryn@nelbum.com

John P. Murphy
Texas Bar No. 24056024
Nelson Bumgardner Conroy PC
3131 W 7th St
Suite 300
Fort Worth, TX 76107
Tel: (817) 377-9111
murphy@nelbum.com

*Attorneys for Plaintiff*
*Perceptive Automata LLC*

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 20, 2026, a true and correct copy of the foregoing was filed electronically using the CM/ECF filing system of the court. I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

*/s/ Patrick J. Conroy*